364 A.2d 387

Commonwealth v. Gales, Appellant.

Argued April 14, 1976. James E. Mahood, with him Richard K. Brandt, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

OPINION PER CURIAM: Order reversed and case remanded for a determination of indigency; if found indigent, appellant to be granted leave to appeal in forma pauperis without prepayment of fines and costs. Commonwealth v. Regan, 240 Pa.Superior Ct. 635, 359 A.2d 403 (1976).